**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:08CV30**

| | | |
|---|---|---|
| **REBECCA CHRISTOPHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| **ASTRAZENECA PHARMACEUTICALS** | ) | |
| **LP, AND ASTRAZENECA LP,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's response to the Court's Show Cause Order filed March 20, 2008.

Plaintiff's counsel advises that the Judicial Panel on Multidistrict Litigation issued a conditional order of transfer to the Middle District of Florida in this action to join other cases involving questions of fact that are common to those herein. **See Exhibit C,** *attached to* **Plaintiff's Showing of Cause, filed March 24, 2008.** The order of transfer was filed with this Court on March 21, 2008, a day after the Court issued its Show Cause Order, and the case was transferred to the Middle District of Florida on March 25, 2008.

The Court finds that the Plaintiff has satisfied the requirements of the Show Cause Order filed March 20, 2008, and the Court will consider the matter closed.

**IT IS SO ORDERED**.

Signed: March 28, 2008

Lacy H. Thornburg
United States District Judge